97           1821

Sup: Court

*Heman Brown Jr*
*vs*
*Lowrin Marsh*

Filed in open Court
3rd Oct 1823
JER. V R TEN EYCK
Dy Clerk

MICHIGAN TO WIT

SUPREME COURT SEPTEMBER TERM ONE THOUSAND
EIGHT HUNDRED & TWENTY THREE

*Heman Brown Jr*
*vs*     }    Reasons — on motion for New Trial
*Lowrin Marsh*

First — that the verdict in said case is contrary to law —

Second That the said verdict is contrary to evidence

Third   That incompetent & irrelevant testimoney was permitted to go to the said Jury — And especially in this to wit that it appeared by the plaintiff's own showing that the charge of the said plaintiff of $324.51. was founded upon an alleged special & written agreement the terms whereof are in no wise set out in said declaration & that it further appeared by the plff's own showing that there had been an award or an appraisment in the premises & that it was not competent to prove said matters in the premises by parol.

Fourth.   That the said Defendant was taken by surprise in this that he was compelled unexpectedly to trial in said case, & lost thereby the benefit of his own testimoney.

Fifth — That there was a mistrial in this that before the finding of said verdict an issue in law was presented to the Court in said case which issue in law ought by the law of the land to have been decided before the finding of said Verdict — And in this to wit that a plea puis darein continuance was regularly put in & filed, which, being received, by the law of the land it became improper to proceed further upon the issue previously closed in said case

LANMAN & LAWRENCE
sᵈ Marsh, Attyˢ

[In the handwriting of William Woodbridge]